# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5176

_____

GEORGE WALKER IV,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

January 28, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George Walker IV, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.